UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL ONE N.A., | No. 2:25-cv-2373 DJC AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| KEVIN J. REED, | |
| Defendant. | |

Defendant is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 29, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 9. Defendant has filed objections to the findings and recommendations. ECF No. 10

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2025 are adopted in full;

2. Defendant's motions to dismiss (ECF Nos. 4 and 7) is DENIED as moot and this case is REMANDED to Solano County Superior Court; and

3. The Clerk of the Court is directed to send a certified copy of this order to Solano County Superior Court and to close this case.

IT IS SO ORDERED.

Dated:  **October 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2